UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No.     16-33589-DHW
                                                 Chapter 13

MATTIE ROSS
        Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on December 20, 2016 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama**, on January 9, 2017 at 2:00 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 21st day of December, 2016

                                                           Dwight H. Williams, Jr.
                                                           United States Bankruptcy Judge

c    Richard D. Shinbaum, Attorney for Debtor
     Debtor
     Trustee